UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 07-14328-CIV-MARTINEZ-LYNCH

MICHELE MOSLEY,

    Plaintiff,

vs.

WEE WUNS PRIMARY PREPARATORY AND DEVELOPMENTAL LEARNING CENTER, INCORPORATED d/b/a WEE WUNS WONDERLAND, a Florida corporation, and SARA R. FLETCHER, an individual,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

This came before the Court upon the parties' Joint Notice of Settlement **(D.E. No. 18)**, filed on August 26, 2008. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*., as is the case with the instant action, the court may not enter a stipulated judgment until it has scrutinized the parties' settlement agreement for fairness.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties advise that they will file their settlement agreement and a stipulation of dismissal within 20 days. Therefore, it is:

ORDERED AND ADJUDGED as follows:

1) The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and a copy of their settlement agreement **on or before September 18, 2008**.

-2-

2) This case remains on the trial docket until the documents necessary to conclude this action are filed.  All pertinent deadlines remain in effect.  In order to be excused from calendar call, the above-referenced documents must be filed at least three (3) days prior to calendar call.

3) If the parties fail to comply with this order, the Court shall either <u>dismiss</u> this case without prejudice or proceed to trial as scheduled.

4) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of August, 2008.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record