UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-14328-CIV-MARTINEZ-BROWN

MICHELE MOSLEY,

    Plaintiff,

vs.

WEE WUNS PRIMARY PREPARATORY
AND DEVELOPMENTAL LEARNING
CENTER, INCORPORATED d/b/a WEE
WUNS WONDERLAND, a Florida
corporation, and SARA R. FLETCHER, an
individual,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This CAUSE came before the Court upon receipt of the parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice **(D.E. No. 20)**, indicating that the parties had reached a settlement. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*., as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties have filed a copy of the Settlement Agreement (D.E. No. 20) for the Court to review. After careful consideration of the Settlement Agreement, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See Lynns' Food Stores, Inc*., 679 F.2d at 1353.

**ORDERED and ADJUDGED** that this action be **DISMISSED with prejudice**. This

Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record